GIBSON, DUNN & CRUTCHER LLP
SAMUEL LIVERSIDGE, SBN 180578
SLiversidge@gibsondunn.com
BETH RICHARDSON-ROYER, SBN 257691
ERichardsonRoyer@gibsondunn.com
DIANA FRIEDLAND, SBN 258189
DFriedland@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

**E-Filed 11/10/2010**

Attorneys for Defendant Hewlett-Packard Company

GREEN WELLING P.C.
JENELLE WELLING, SBN 209480
CHARLES D. MARSHALL, SBN 236444
NICOLE D. REYNOLDS, SBN 246255
595 Market Street, Suite 2750
San Francisco, CA 94105
Telephone: 415.477.6700
Facsimile: 415.477.6710
cand.uscourts@classcounsel.com

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BENTON P. ZWART, M.D., M.P.H. and CHRISTOPHER JONES, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

HEWLETT-PACKARD COMPANY,

Defendant.

CASE NO.  10-CV-03992 JF

**STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE FILING OF PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND SETTING DEADLINES**

[Declaration of Samuel Liversidge filed concurrently herewith]

[Fed. R. Civ. P. 15(a)(2)-(3); L.R. 6-2; L.R. 7-12]

The Honorable Jeremy Fogel

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE FILING OF PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND SETTING DEADLINES

Case No. 10-CV-03992 JF

WHEREAS, Plaintiffs Benton P. Zwart and Christopher Jones filed an amended class action complaint in this action on October 27, 2010 (the "First Amended Class Action Complaint");

WHEREAS, Plaintiffs mistakenly failed to comply with Federal Rule of Civil Procedure 15(a), which required that they obtain either the written consent of Defendant Hewlett-Packard Company ("HP") or the Court's permission prior to filing their First Amended Class Action Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), HP now provides its consent for the filing of Plaintiffs' First Amended Class Action Complaint;

WHEREAS, HP requires additional time to fully and completely investigate and evaluate the claims and allegations in Plaintiffs' amended complaint, and therefore the parties agree to the briefing and hearing schedule set forth below with respect to HP's response to the First Amended Class Action Complaint;

WHEREAS, the Court has scheduled a case management conference for December 3, 2010;

WHEREAS, the parties agree that, for the sake of convenience, the case management conference should be rescheduled to fall on same date as the Court's hearing on HP's anticipated motion to dismiss;

**THEREFORE, IT IS STIPULATED AND AGREED,** by and between Plaintiffs Benton P. Zwart and Christopher Jones and Defendant HP, through their respective attorneys of record, as follows:

1. HP shall have until **December 6, 2010** to timely file its response to the First Amended Class Action Complaint, including any motion to dismiss the First Amended Class Action Complaint.

2. If HP files a motion to dismiss the First Amended Class Action Complaint, then Plaintiffs' opposition to HP's motion shall be filed on or before **January 13, 2011**.

3. HP shall file any reply in support of a motion to dismiss the First Amended Class Action Complaint on or before **January 27, 2011**.

//
//
//

1

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE FILING OF PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND SETTING DEADLINES

Case No. 10-CV-03992 JF

4. The case management conference shall take place on **February 11, 2011,** the same date the Court will hear argument on HP's anticipated motion to dismiss the First Amended Class Action Complaint.

DATED: November 4, 2010            **GREEN WELLING, P.C.**

By: ___/s/ Jenelle Welling_____
        Jenelle Welling

Attorneys for Plaintiffs Benton P. Zwart and Christopher Jones

DATED: November 4, 2010            **GIBSON, DUNN & CRUTCHER LLP**

By: ___/s/ Samuel Liversidge_____
        Samuel Liversidge

Attorneys for Defendant Hewlett-Packard Co.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___November 9___, 2010

_____
The Hon. Judge Jeremy Fogel

2

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE FILING OF PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND SETTING DEADLINES

Case No. 10-CV-03992 JF

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California's General Order No. 45, Section X.B, I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  November 4, 2010

    /s/ Samuel Liversidge
Samuel Liversidge
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
SLiversidge@ gibsondunn.com

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [PROPOSED] ORDER AUTHORIZING THE FILING OF PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT AND SETTING DEADLINES

Case No. 10-CV-03992 JF