1  GIBSON, DUNN & CRUTCHER LLP
   SAMUEL LIVERSIDGE, SBN 180578
2  SLiversidge@gibsondunn.com
   BETH RICHARDSON-ROYER, SBN 257691
3  ERichardsonRoyer@gibsondunn.com
   333 South Grand Avenue
4  Los Angeles, California 90071-3197
   Telephone: 213.229.7000
5  Facsimile: 213.229.7520

6  Attorneys for Defendant Hewlett-Packard Company

7  GREEN WELLING P.C.
   JENELLE WELLING, SBN 209480
8  CHARLES D. MARSHALL, SBN 236444
   NICOLE D. REYNOLDS, SBN 246255
9  595 Market Street, Suite 2750
   San Francisco, CA 94105
10 Telephone: 415.477.6700
   Facsimile: 415.477.6710
11 cand.uscourts@classcounsel.com

12 Attorneys for Plaintiffs and the Proposed Class

13

14              UNITED STATES DISTRICT COURT

15         FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 BENTON P. ZWART, M.D., M.P.H. and         CASE NO.  10-CV-03992 JF
   CHRISTOPHER JONES, on behalf of
18 themselves and all others similarly situated,   **STIPULATION AND [PROPOSED]**
                                                   **ORDER ENLARGING TIME AND**
19              Plaintiffs,                        **SETTING DEADLINES**

20        v.                                       [Declaration of Samuel Liversidge filed
                                                   concurrently herewith]
21 HEWLETT-PACKARD COMPANY,
                                                    [Fed. R. Civ. P. 15(3); L.R. 6-2; L.R. 7-12]
22              Defendant.
                                                   The Honorable Jeremy Fogel
23

24

25

26

27

28

WHEREAS, Plaintiffs Benton P. Zwart and Christopher Jones's first amended complaint was dismissed with leave to amend on February 24, 2011;

WHEREAS, Plaintiffs filed a second amended complaint on March 16, 2011;

WHEREAS, the parties require additional time to fully and completely investigate and evaluate the claims and allegations in Plaintiffs' second amended complaint, and therefore the parties agree to the briefing schedule set forth below with respect to Hewlett-Packard's response to the second amended complaint;

WHEREAS, the Court has scheduled a case management conference for April 8, 2011;

WHEREAS, the parties agree that, for the sake of convenience, the case management conference should be rescheduled to fall on same date as the Court's hearing on HP's anticipated motion to dismiss;

**THEREFORE, IT IS STIPULATED AND AGREED,** by and between Plaintiffs Benton P. Zwart and Christopher Jones and Defendant HP, through their respective attorneys of record, as follows:

1.      HP shall have until **April 13, 2011** to timely file its response to the Second Amended Class Action Complaint, including any motion to dismiss the Second Amended Class Action Complaint.

2.      If HP files a motion to dismiss the Second Amended Class Action Complaint, then Plaintiffs' opposition to HP's motion shall be filed on or before **May 11, 2011**.

3.      HP shall file any reply in support of a motion to dismiss the Second Amended Class Action Complaint on or before **May 25, 2011**.

//

//

//

//

//

//

//

4.      The case management conference shall take place on **June 10, 2011,** the same date the Court will hear argument on HP's anticipated motion to dismiss the Second Amended Class Action Complaint.

DATED:  March 21, 2011                **GREEN WELLING, P.C.**


By:   /s/  Charles D. Marshall
                        Charles D. Marshall

Attorneys for Plaintiffs Benton P. Zwart and Christopher Jones


DATED:  March 21, 2011                **GIBSON, DUNN & CRUTCHER LLP**


By:   /s/ Samuel Liversidge
                        Samuel Liversidge

Attorneys for Defendant Hewlett-Packard Co.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: ___3/23_____, 2011        _____
                                        The Hon. Judge Jeremy Fogel

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME                Case No. 10-CV-03992 JF
AND SETTING DEADLINES

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California's General Order No. 45, Section X.B, I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated:  March 21, 2011

/s/ Samuel Liversidge
Samuel Liversidge
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
SLiversidge@ gibsondunn.com

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER ENLARGING TIME
AND SETTING DEADLINES

Case No. 10-CV-03992 JF